## STATE

v.

## Robert V. KALIAN.

### No. 80–172–C.A.

Supreme Court of Rhode Island.

July 10, 1980.

Dennis J. Roberts II, Atty. Gen., David Cooper, Spec. Asst. Atty. Gen., for plaintiff.

Aram K. Berberian, Warwick, for defendant.

### ORDER

The state's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Monday, October 6, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

## TOWN OF JOHNSTON

v.

## LOCAL 1950 INTERNATIONAL ASSOCIATION OF FIREFIGHTERS AFL–CIO.

### No. 80–306–M.P.

Supreme Court of Rhode Island.

July 10, 1980.

Richard C. Tallo, Town Sol., Johnston, for petitioner.

Hawkins & Hoopis, Harry J. Hoopis, John P. Hawkins, Providence, for respondent.

### ORDER

The petitioner's motion for stay of arbitration proceedings pending a decision on the petition for certiorari is granted.

DORIS, J., did not participate.

## Edward J. BARTA

v.

## Sanford GORODETSKY et al.

### No. 80–226–A.

Supreme Court of Rhode Island.

July 28, 1980.

Keven A. McKenna, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendants.

### ORDER

The plaintiff's motion to dismiss is denied. Plaintiff's petition for reconsideration and motion for injunctive relief are denied.

DORIS, J., did not participate.

## Louis CERSOSIMO

v.

## Sheldon L. GERGER.

### No. 80–329–A.

Supreme Court of Rhode Island.

July 28, 1980.

John D. Lynch, Warwick, for plaintiff.

Tobin & Silverstein Incorporated, Providence, Max Wistow, Providence, for defendant.

### ORDER

We construe paragraph 3 of the Superior Court order herein as simply prohibiting defendant's invocation of self help. Therefore, the defendant's motion for stay is denied.

DORIS, J., did not participate.